UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

In re:   Yvonne I. Jackson                                            Chapter 13

        Debtor                                            Case No. 10-60126

ORDER

CAME THIS MATTER upon the objection of debtor Yvonne I. Jackson to Claim Nos. 6 and 7 filed by Roundup Funding and motion for attorney's fees;

IT APPEARING that there is no objection by Roundup Funding to this Court sustaining debtor's objection to Claim No. 6 and 7; and

UPON CONSIDERATION of debtor's motion for leave to withdraw her motion for attorney's fees; it is hereby

ORDERED that debtor's objection to Claim No. 6 and 7 is sustained and said claims are disallowed; and it is

FURTHER ORDERED that debtor's Motion for Attorney's Fees is hereby withdrawn.

DATED:  January 21, 2011

                                                        /s/ William E. Anderson
                                                     U.S. Bankruptcy Judge

I ASK FOR THIS:

 /s/  Sandra R. Robinson

Sandra R. Robinson, VSB #31885
Robinson Law & Consulting Firm, P.C.
P.O. Box 503
Richmond, Virginia 23218
(804) 928-5458
(804) 658-2880 [fax]

SEEN AND AGREED:


/s/_Melissa M. Watson Goode
Melissa M. Watson Goode, Esquire
Glasser & Glasser, PLC
Crown Center,
580 East Main Street
Norfolk, Virginia 22510
(757) 625-6787

SEEN AND NO OBJECTION:


_/s/ Herbert L. Beskin_____
Herbert Beskin, Chapter 13 Trustee
P. O. Box 2103. Charlottesville VA  22902
(434) 817-9913; fax # 817-9916