UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

In re:   Yvonne I. Jackson                                              Chapter 13

                Debtor                                Case No. 10-60126

ORDER

CAME THIS MATTER upon the objection of debtor Yvonne I. Jackson to Claim No. 15 filed by Asset Acceptance, LLC.

UPON CONSIDERATION of debtor's objection; and

IT APPEARING that after having been given an opportunity to do so, Asset Acceptance, LLC did not file a response, nor object,to Yvonne I. Jackson's objection; therefore, it is hereby

ORDERED that debtor's objection to Claim No. 15 and said claim is disallowed.

DATED:  March 2, 2011

_____
U.S. Bankruptcy Judge

I ASK FOR THIS:

 /s/  Sandra R. Robinson
Sandra R. Robinson, VSB #31885
Robinson Law & Consulting Firm, P.C.
P.O. Box 503
Richmond, Virginia 23218
(804) 928-5458
(804) 303-3499 [fax]

SEEN AND NO OBJECTION:


__/s/  Herb L. Beskin_____
Herbert L. Beskin, Chapter 13 Trustee
P. O. Box 2103. Charlottesville VA  22902
(434) 817-9913; fax # 817-9916